

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00130-CR

**EX PARTE** Christopher O. **WOODRUFF**,

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2007CR11181-W1
Honorable Sid L. Harle, Judge Presiding[1]

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED August 28, 2013.

_____
Patricia O. Alvarez, Justice

---

[1] The Honorable Sid L. Harle presided of the trial on the merits. The Honorable Andrew W. Carruthers, Bexar County Magistrate Judge, presided over the post-conviction habeas corpus proceeding.